July 29, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

MORLOCK, LLC, Appellant

NO. 14-13-00076-CV                          V.

AURORA LOAN SERVICES, LLC, Appellee

_____

Today the Court heard the parties' agreed motion to dismiss the appeal from the judgment signed by the court below on October 31, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.